IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00776-ZLW-BNB

SHEILA M. BRILLHART,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September  21 , 2005


    It is ORDERED that Plaintiff's Motion For Leave To File Amended Complaint is granted.  It is

    FURTHER ORDERED that Plaintiff shall file her Amended Complaint on or before September 26, 2005, and shall include the case number on the caption.