IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00776-ZLW-BNB

SHELIA M. BRILLHART,

     Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

     Defendant.

_____

ORDER
_____

     In consideration of the Minute Order entered on May 9, 2006, by Magistrate Judge Boyd N. Boland, it is

     ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

     FURTHER ORDERED that settlement papers or a status report shall be filed on or before May 23, 2006.  If by that date settlement papers or a status report has not been received by the Court, on May 30, 2006, the case will be dismissed without prejudice.

     DATED at Denver, Colorado, this   10   day of May, 2006.

                              BY THE COURT:

                              _____
                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court