IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00776-ZLW-BNB

SHELIA M. BRILLHART,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.

_____

ORDER
_____

    In consideration of Plaintiff's Status Report filed on May 23, 2006, and the Minute Order entered by Magistrate Judge Boyd N. Boland on May 24, 2006, it is

    ORDERED that settlement papers or a status report shall be filed on or before June 15, 2006. If by that date settlement papers or a status report has not been received by the Court, on June 22, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __24__ day of May, 2006.

                              BY THE COURT:

                              _____
                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court