IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00776-ZLW-BNB

SHELIA M. BRILLHART,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.

_____

ORDER
_____

In consideration of Plaintiff's Status Report filed on June 15, 2006, it is

ORDERED that settlement papers or a status report shall be filed on or before June 20, 2006. If by that date settlement papers or a status report has not been received by the Court, on June 27, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __16__ day of June, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court