IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00776-ZLW-BNB

SHEILA M. BRILLHART,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.

---

### ORDER OF DISMISSAL

---

Pursuant to and in accordance with the Stipulation Of Dismissal With Prejudice (Doc. No. 40) signed by the parties' attorneys, it is

ORDERED that the Amended Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney fees.  It is

FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the parties' settlement.

DATED at Denver, Colorado, this   23   day of  June, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK,  Senior Judge
United States District Court